FILED

# United States District Court
# Middle District of Florida
# Jacksonville Division

2022 JUN 24  PM 4:00

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE FLORIDA

IN RE:16-2020-CF-006172-AXXX-MA
Christopher Koonce Hope *Complainant*
    vs
James A Ruth *Defendant*

3:22-cv-707-TJC-JBT

## WRIT OF HABEAS CORPUS AND REDRESS OF GRIEVANCES AND JUDICIAL COGNIZANCE

    Comes now one of the People Christopher Nicholas Koonce-Hope files this Writ of Habeas Corpus and Judicial Cognizance to the U.S District Court Jacksonville Division a Writ of Habeas Corpus especially when the U.S Constitution Fourteenth Amendment spells out how due process verbatim is to be followed by the government.This is a Common Law Case not an equity law or statues case, without Prejudice I Christopher Nicholas Koonce-Hope now invokes the Original Organic United States of America's Constitution and all that's is written in the Original Organic Constitution.
    What we have here is Gross Negligence, Malicious prosecution, White collar crimes, Breach of the public trust and at the heart of case 16-2020-CF-006172-AXXX-MA is negotiations of securities not the Justice and equal protections under the Fourteenth Amendment I honestly thought I would had received in that case.
Without Prejudice I Christopher Nicholas Koonce-Hope, beneficiary and one of the People was in case 16-2020-CF-006172-AXXX on 7/01/2020 was detained on fraud menace and duress by fiduciary Judge James A Ruth. That case is a social security Cestui Que Trust action which fiduciary James A Ruth is now a real party and interest to. The Duval County Court Case 16-2020-CF-006172-AXXX-MA is a military amorality jurisdiction in maritime law see, Title 4 in U.S Code Lawyers addition Section 1 interpreted notes and decisions where it says changing on the national flag is at the discretion of the president acting as the commander in chief of the Army and the Navy.

At the heart of this petition for Writ of Habeas Corpus is a challenge to the jurisdiction in Duval court case 16-2020-CF-006172-AXXX-MA. Once a jurisdictional challenge is filed anytime the court is show proof of jurisdiction. It takes four parts to make up Jurisdiction and if that court has only three of the four parts that Court does not have Jurisdiction.furthermore that case has multiple conflicts of interest as shown in paragraph 8 down below.

1. Without prejudice I Christopher Nicholas Koonce-Hope invoke's the First Amendment and the Fourteenth Amendments to continue this cause.
2. Without prejudice I Christopher Nicholas Koonce-Hope challenge the Jurisdiction in case 16-2020-CF-006172-AXXX-MA based on that the Court is a Commercial Court, All crimes are commercial crimes in the 1960's the universal commercial code all Courts and Banking systems fall under the ucc.
3. Without prejudice I Christopher Nicholas Koonce-Hope Challenge the Jurisdiction in case 16-2020-CF-006172-AXXX-MA based on that Bonds are commercial paper in which is proof that its a Commercial Court as it created a "Commercial Bond".
4. Without prejudice I Christopher Nicholas Koonce-Hope Challenge the Jurisdiction in case 16-2020-CF-006172-AXXX-MA when that court tried to arraignment me I was under fraud menace and duress this is why I was in handcuffs. I made a Special appearance that day "ALL SPECIAL APPEARANCES ARE CHALLENGES OF JURISDICTION" once jurisdiction is challenge as I'm doing here in this case that Court with case 16-2020-CF-006172-AXXX-MA **CANNOT** move another step forward unless it answers this challenge from this U.S District Court as I was there **Sui juris** and in **Propria Persona** at the time.
5. Without prejudice I Christopher Nicholas Koonce-Hope Challenge the Jurisdiction in case 16-2020-CF-006172-AXXX-MA based on the fact that the way that Court case is really a Trust action involving a fiduciary and a beneficiary they "Charged" the Trust their not charging the beneficiary and when they "Charged" the Trust I'm not even supposed to know there's "charges" when the court created Bonds against my Trust they where not supposed to be telling me that the court created Bonds but now that there are bonds created by the fiduciary that's "Malfeasance in office" that's Trust fraud without my permission.

2

6. Without prejudice I Christopher Nicholas Koonce-Hope use the Writ of Habeas Corpus and Redress of Grievances to order Court to show proof of jurisdiction if that Court does not have jurisdiction this court is to put in an Order Vacate with prejudice Duval case 16-2020-CF-006172-AXXX-MA.
7. Without prejudice I Christopher Nicholas Koonce-Hope will not **Act** as a **Quasi-trustee** I'm in my **Benefit Compacity** in case 16-2020-CF-006172-AXXX-MA is trust fraud at the very minimum and unclean hands are all over that case and that's the reason this U.S District Court is to take Judicial Cognizance of this whole document and Dismiss with prejudice case 16-2020-CF-006172-AXXX-MA.
8. Without prejudice I Christopher Nicholas Koonce-Hope expeditiously moves this court to order Judge James A Ruth in Duval County Fourth Circuit Court case 16-2020-CF-006172-AXXX-MA to show that they have jurisdiction as I made a "Special" appearance on 7/01/2020 not a "general" appearance James A Ruth interrupted my statement during my special appearance that day if they don't respond to this Court Order this Court shall Order the complete dismissal with prejudice of case 16-2020-CF-006172-AXXX-MA and release my freedoms from the restraint of probation. Down below are what I require this U.S District Court to Order Judge James A Ruth to provide copy's of:

1. "Orders of the Court" for Case 16-2020CF-006172-AXXX-MA
2. Certificate of good standing issued by the IRS
3. Certificate of good standing from the secretary of state
4. Articles of incorporation for the state
5. Articles of association for the state application form 1023
6. Fincen 104 and 114 showing the source and destination of the credit creditor and who debt you are acting in collection of
7. Delegation of authority to represent Florida
8. The assignment documents assigning the credit account to you or any agency and or agent
9. Delegation of authority to handle the securities as a securities intermediary beneficiary or co-beneficiary by proxy
10. Foreign agent registration act certificate that's supposed to be with the attorney general act of 1938 amended 1939
11. Certificate of registration of a foreign corporation operating in Florida
12. Florida Statues 28.245 Transmittal of funds to department of revenue
13. Tax exempt contribution form

14. Truth in taxation certificate of compliance for duval county
15. Standard form 24,25 25a
16. Any and all warehouse Bonds
17. Any and all Signature Bonds
18. Any and all Bid Bonds
19. Any and all performance Bonds
20. Any and all payment Bonds
21. Any and all Penal Bonds
22. 26 standard form 1991 that release a lien release of surety
23. The form to which tax id number for each transferee and fiduciary executor with actual or constructed possession of dependent property on the w-9's shall be submitted to the IRS so that we all may be in voluntary compliance with the internal revenue code of the United States
24. Form 4810
25. IRS form 4490
26. IRS form 10492
27. IRS form 2373
28. IRS form 1099a
29. IRS form 1099c
30. IRS form 1099oid
31. IRS form 8281
32. IRS form 8282
33. IRS form 8283
34. IRS form 709
35. IRS form 706
36. IRS form 1096
37. IRS form 8300
38. Any one of IRS w7,w8 or w9
39. * IRS 1099r which is the retirement slush fund
40. Federal Reserve form 2046

## REASONS WHY THE WRIT SHOULD ISSUE

The All **Writs** Act permits this Court to issue "all **writs** necessary or appropriate in aid of its jurisdiction and agreeable to the usages and principles of law." *In re Google LLC*, 949 F.3d 1338, 1341 (Fed. Cir. 2020) (cleaned up) (quoting 28 U.S.C. § 1651(a)). A petitioner seeking a **writ** of **habeas corpus** must:

1. "demonstrate a clear and indisputable right to issuance of the **writ**,"

Thus, "the issue here is whether Christopher Nicholas Koonce-Hope has shown a clear and indisputable right to issuance of the **writ**." *Id.* at 1337.]

As explained below, Christopher Nicholas Koonce-Hope is clearly entitled to a **Writ** of **Habeas Corpus** to challenge the jurisdiction in case 16-2020-CF-006172-AXXX-MA where there is "clear abuse of discretion." *Cheney*, 542 U.S. at 380-81.

Christopher Nicholas Koonce-Hope's Right to a Writ of Habeas Corpus Is Clear and Indisputable because it is written in the U.S Constitution.

Under contract law, a plaintiff can recover compensatory damages against a defendant when a court finds that the defendant has committed fraudulent misrepresentation. A Court will typically find that a defendant has committed fraudulent misrepresentation when six factors have been met:
1. A representation was made
2. The representation was false
3. That when made, the defendant knew that the representation was false or that the defendant made the statement recklessly without knowledge of its truth
4. That the fraudulent misrepresentation was made with the intention that the plaintiff rely on it.
5. That the plaintiff did rely on the fraudulent misrepresentation
6. That the plaintiff suffered harm as a result of the fraudulent misrepresentations.

Judge James A Ruth has as a public official in case :16-2020-CF-006172-AXXX-MA has:
1. Misrepresented his position as a Judge when James A Ruth acted as a fiduciary to my trust.
2. James A Ruth committed Trust fraud.
3. Documents requested in paragraph 8 will prove that James A Ruth knew his representation as a Judge then a Fiduciary at the same time was false.
4. James A Ruth fraudulent misrepresentation as a Fiduciary/Judge was made with the intention that Christopher Koonce-Hope relied.
5. Christopher relied on the fraudulent misrepresentation because Christopher Koonce-Hope thought James A Ruth was a Judge only not a Fiduciary in a Fraudulent Trust Action.

6. Christopher Koonce-Hope has suffered harm because of James A Ruth's fraudulent misrepresentations via reference to paragraph 8 another misrepresentations is in the Fincen 104 and 114 forms.

## JURISDICTION

This action arises under the Constitution of the United States, and This Court has jurisdiction under 28 U.S.C. 2241, art. I, § 9, cl. 2 of the United States Constitution ("Suspension Clause") and 28 U.S.C. § 1331, as Petitioner is presently in custody under color of authority of the United States and such custody is in violation of the U.S. Constitution, laws, or treaties of the United States. This Court may grant relief pursuant to 28 U.S.C. § 2241, and the All Writs Act, 28 U.S.C. § 1651.

## VENUE

Venue lies in the United States District Court for the Middle District of Florida Jacksonville division, the Judicial District in which Respondents, James A Ruth reside and where Petitioner is Rights are restrained.

## PARTIES

- Petitioner Christopher Nicholas Koonce-Hope is one of the People of the United States who was unconstitutionally held on July 1, 2020 and released on December 25, 2020. Christopher Nicholas Koonce-Hope herby Challenges the Jurisdiction in Duval County's case 16-2020-CF-006172-AXXX-MA as that case has gross negligence and malicious prosecution and negotiations of securities fraud on Judge James A Ruth behalf and never had Jurisdiction in the first place.
- Defendant James A Ruth is Judge for Duval's Fourth Judicial Circuit. Defendant James A Ruth Acted in color of law and extrajudicially in case 16-2020-CF-006172-AXXX-MA in which Ruth is a real party and Fiduciary to Defendant Ruths' orders, Petitioner Rights remains restrained.

## AUTHORITIES
### The Permeable

We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defense, promote the general Welfare, and secure the Blessings of Liberty to

ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.

## The Supremacy Clause

This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.

## Habeas Corpus

The Privilege of the Writ of Habeas Corpus shall not be suspended, unless when in Cases of Rebellion or Invasion the public Safety may require it.

### EXHAUSTION OF ADMINISTRATIVE REMEDIES
### STATEMENT OF FACTS

While this is a Common Law Case that has no statues I Petitioner Christopher Nicholas Koonce-Hope one of the People include this section as a curtesy. Has filed a appeal which was affirmed March 2022 and filed a post motion March 2022 however a jurisdictional challenge can be done at any time throughout the process and when a case arose under the Constitutional that's grounds for this U.S District Court to issue the Writ of Habeas Corpus vacating with prejudice case 16-2020-CF006172-AXXX-MA.

### CLAIMS FOR RELIEF
### COUNT ONE CONSTITUTIONAL CLAIM

- Petitioner's has proof and incorporates by reference paragraphs 1 through 8 above.
- Petitioner's restraints on Immunities, Fundamental Rights violates his right to substantive and procedural due process guaranteed by the Fourteenth Amendment to the U.S. Constitution.

### PRAYER FOR RELIEF

WHEREFORE, Petitioner prays that this Court grant the following relief:
1. Assume jurisdiction over this matter;
2. Issue an order directing defendant to provide copy's of all documents requested by Christopher Nicholas Koonce-Hope in paragraph 8 of this

petition for Writ of Habeas Corpus as these documents are mandated and public record and will support the grounds of this petition.

3. Issue a writ of habeas corpus backed up with the All Writs Act Vacating with prejudice case 16-2020-CF-006172-AXXX-MA to release all restraints on Mr. Christopher Nicholas Koonce-Hope's Constitutional Fundamental Rights as a Father from case for not having the Jurisdiction in the first place.

4. Within the issue of the Writ of Habeas Corpus seal case 16-2020-CF-006172-AXXX-MA

5. Grant any other relief which this Court deems just and proper.

WHEREFORE, Without prejudice Christopher Nicholas Koonce-Hope is within his Right to File this Common Law Writ of Habeas Corpus this respectfully request that this response be accepted; and that such other relief be granted consistent with this Response as is just and fair.

RESPECTFULLY SUBMITTED June 24th, 2022.

*[signature]*

Christopher Koonce-Hope

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was supplied by U.S mail this 24th day of June, 2022 to the following:
James A Ruth 501 W Adams street Rm 7159 Jacksonville, Fl 32202-4628

Dated June 24th, 2022

Christopher Koonce-Hope
10741 Kuralei Drive
Jacksonville FL 32246